PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

CLERK, U.S. DISTRICT COURT RECEIVED NOV 24 2015 EASTERN DIST. OF TEXAS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE _____________ DISTRICT OF TEXAS**
**_____________ DIVISION**

ALFORD BRADFORD
Plaintiff's Name and ID Number

MICHAEL UNIT
Place of Confinement

CASE NO. 6:15CV1041 MHS/JDL
(Clerk will assign the number)

v.

________________________
Defendant's Name and Address

________________________
Defendant's Name and Address

________________________
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES X NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: __________
2. Parties to previous lawsuit:

   Plaintiff(s) __________

   Defendant(s) __________
3. Court: (If federal, name the district; if state, name the county.) __________
4. Cause number: __________
5. Name of judge to whom case was assigned: __________
6. Disposition: (Was the case dismissed, appealed, still pending?) __________
7. Approximate date of disposition: __________

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: MARK W. MICHAEL

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? X YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: ALFORD BRADFORD #624746 MICHAEL UNIT 2664 FM 2054 TENN COLONY, TEXAS 75886

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: OFFICER K, HAILEY LM II MICHAEL UNIT 2664 FM 2054 TENN, COLONY TEXAS 75886

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

STATED SHE SHOOK DOWN MY CELL DOWN - AND FOUND ALTERED CLOTHES.

Defendant #2: ______

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

______

Defendant #3: ______

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

______

Defendant #4: ______

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

______

Defendant #5: ______

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

______

Rev. 05/15

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

MS. K. HAILEY TOOK THE WORD OF AN OFFENDER AND WROTE ME A DISCIPLINARY FOR ALTER CLOTHES SHE DID STATE THAT SHE SHOOK DOWN MY CELL WHEN IT FACT SHE DID NOT.
THIS HAPPENED ON MICHAEL UNIT 7-BLDG ON MAY 26, 2015 AT ABOUT 5:30 A.M.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

HER JOB AND TO GET ALL EVERY THING BACK THEY TAKING ALSO OFF MY RECORD WITH T.D.C.J. ID

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

ALFORD BRADFORD

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

333531 AND 624746

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES __X__ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): ____________
2. Case number: ____________
3. Approximate date sanctions were imposed: ____________
4. Have the sanctions been lifted or otherwise satisfied? ____ YES ____ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES X NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): ____________
2. Case number: ____________
3. Approximate date warning was issued: ____________

Executed on: ____________
DATE

________________________

________________________
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ____________ day of ____________, 20 ______.
(Day) (month) (year)

________________________

________________________
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

AUG 11 2015

**OFFICE USE ONLY**

Grievance #: 2015157246

UGI Recd Date: JUL 13 2015

HQ Recd Date: JUL 16 2015

Date Due: 8/12

Grievance Code: 410

Investigator ID#: 12245

Extension Date:

Texas Department of Criminal Justice

# STEP 2

## OFFENDER GRIEVANCE FORM

Offender Name: BRADFORD ALFORD TDCJ # 624746

Unit: MICHAEL Housing Assignment: 7H14T

Unit where incident occurred: MICHAEL

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

Case 20150276908 WROTE BY Ms HAILEY LMII. SHOULD BE OVER TURNED BECAUSE ON 5/26/15 AT 5:30 am I WAS IN THE MULTI PURPOSE ROOM WAITING ON THE CHAIN BUS. Ms Hailey TOOK THE WORD OF AN OFFENDER THAT WAS SEPARATING THE DIRTY CLOTHES IN THE MULTI PURPOSE ROOM. HE TOLD Ms Hailey THAT ALL THESE TORE UP CLOTHES CAME OUT OF MY CELL. YET Ms Hailey DID NOT SHAKE DOWN 24 cell. SHE JUST WROTE THIS CASE ON THE OFFENDERS WORD. THERE IS NO PROOF THAT ANY OF THESE ITEMS WERE MINE. THESE ITEMS WERE FOUND BY AN OFFENDER AND THAT OFFENDER TOLD MS Hailey that I WAS THE only ONE IN THE MULTI PURPOSE ROOM SO SHE WROTE ME UP. THERE IS NO PROOF I DID DESTROY STATE PROPERTY.

**Offender Signature:** ALFORD BRADFORD **Date:** 7-13-15

**Grievance Response:**

Major disciplinary case #20150276908 has been reviewed and this office concurs with the decision of the Disciplinary Hearing Officer. There was sufficient evidence to support the finding of guilt. No procedural errors were noted and punishment imposed was within the established guidelines; therefore, there is no valid reason to warrant overturning this case. No further action is warranted by this office.

**Signature Authority:** B. BARNETT B Barnett **Date:** 7-24-15

**Returned because:** ***Resubmit this form when corrections are made.***

- ☐ **1. Grievable time period has expired.**
- ☐ **2. Illegible/Incomprehensible.***
- ☐ **3. Originals not submitted. ***
- ☐ **4. Inappropriate/Excessive attachments.***
- ☐ **5. Malicious use of vulgar, indecent, or physically threatening language.**
- ☐ **6. Inappropriate.***

**CGO Staff Signature:** ______________________

**OFFICE USE ONLY**

**Initial Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ____Screened ____Improperly Submitted

Comments: ______

Date Returned to Offender: ______

**2nd Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ____Screened ____Improperly Submitted

Comments: ______

Date Returned to Offender: ______

**3rd Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ____Screened ____Improperly Submitted

Comments: ______

Date Returned to Offender: ______

#624746
ALFORD BRADFORD
2664 FM 2054
TENNESSEE COLONY, TEXAS
75886

NORTH TEXAS TX P&DC
DALLAS TX 750
20 NOV 2015




CIR
11.23.15

LEGAL MAIL

TYLER DISTRICT CLERK
211-WEST FERGUSON ST, RM-106
TYLER, TEXAS
75702

75702215905